DocuSign Envelope ID: 99D8P0B1-BDD2-4C01-95F7-11230923CD59

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern **District of** California

LEILANI TAYLOR, on behalf of herself and all
Plaintiff (s),
V.
HUMANE ANIMAL FARM CARE D/B/A CERTIFIED
Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 3:25-CV-00554-AGS-JLB

Text

Notice is hereby given that, subject to approval by the court, LEILANI TAYLOR, (Party (s) Name) substitutes Jaimie Mak (Name of New Attorney), State Bar No. 236505 as counsel of record in place of P. Renée Wicklund (State Bar No. 200588) (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: RICHMAN LAW & POLICY
Address: 535 Mission Street, San Francisco, CA 94105
Telephone: (415) 259-5688 Facsimile Jaimie Mak
E-Mail (Optional): jmak@richmanlawpolicy.com

I consent to the above substitution.
Date: 11/6/2025

DocuSigned by: [signature] 44BBB1243DFA41F...
(Signature of Party (s))

I consent to being substituted.
Date: 11/6/2025

[signature]
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 11/6/2025

Signed by: [signature] 14E432C5E2DC4B2...
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: ______________________ ______________________
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**